**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-cr-20253-PCH**

**UNITED STATES OF AMERICA**,

v.

**ARLENE GARCIA,**

Defendant.
_______________________________________/

**ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY**

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 32], which was entered on November 5, 2021. In the R&R, Judge Becerra found that the Defendant Arlene Garcia, freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349.

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count I of the Indictment; and (3) a

sentencing hearing before the Honorable Paul C. Huck is set for **Monday, February 7, 2022 at 9:15 AM**.

**DONE AND ORDERED** in Miami, Florida on November 9, 2021.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record